

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00197-CR

| | | |
|---|---|---|
| Jesse Riojas Beltran | § | From the 43rd District Court |
| | § | of Parker County (CR13-0659) |
| v. | § | August 6, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that appellant pleaded "true" to both enhancement allegations and that the trial court found both to be true. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth